IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                      No. 03-20071-01-CM

ADIS G. STULTS,

        Defendant.

## ORDER

The United States has moved for an order revoking the release of the defendant, Adis G. Stults, as of October 11, 2005 (Doc. 79). The Tenth Circuit Court of Appeals affirmed the defendant's conviction and sentence, and the mandate was filed in this Court on September 14, 2005 (Doc. 78). For good cause shown, the motion is granted.

IT IS THEREFORE ORDERED that the release of the defendant pending appeal is revoked as of October 11, 2005, whereupon he is to report by 2:00 p.m. to the institution designated by the Bureau of Prisons, which is the Federal Transfer Center in Oklahoma City, Oklahoma.

The clerk is directed to transmit copies or notices of this order to counsel of record.

IT IS SO ORDERED.

Dated September 26, 2005, at Kansas City, Kansas.

                                    s/ Carlos Murguia
                                    CARLOS MURGUIA
                                    UNITED STATES DISTRICT JUDGE